# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MICHAEL R. ZEIGLER,**

    **Plaintiff,**

vs.   Case No. 4:11cv134-SPM/WCS

**FLORIDA PAROLE COMMISSION**
**REVOCATION SPECIALIST ERIKA DAVIS,**
**DEPARTMENT OF CORRECTIONS**
**SECRETARY WALTER A. MCNEIL,**
**and WARDEN D.A. ELLIS,**

    **Defendants.**

_____/

## SECOND REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983, doc. 1, and after the initial review, I entered a report and recommendation to dismiss this case for failure to state a claim. Doc. 6. Plaintiff has now filed a motion seeking leave to file an amended complaint. Doc. 7. Plaintiff did not submit his proposed amended complaint, nor does Plaintiff state any reason he wishes to amend. *Id.* Plaintiff states only that a court should not deny Plaintiff a chance to amend. *Id.*

Plaintiff's initial complaint alleged that the Defendants "denied Plaintiff of liberty without Due Process of law therefore violating his rights." Doc. 1, p. 11. Plaintiff's

request for relief was in the nature of a habeas petition challenging Plaintiff's liberty, despite the request for monetary damages.  Because Plaintiff's case sought habeas relief, and because ruling in Plaintiff's favor would imply the invalidity of his current incarceration, it is bared by <u>Heck v. Humphrey</u>.  Plaintiff has presented no reason to permit an amended complaint.  Plaintiff has failed to indicate how amending his complaint would cure the deficiencies noted in the first report and recommendation, doc. 6.  As amendment appears futile, the motion should be denied and this case dismissed.

### RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for leave to file an amended complaint, doc. 7, be **DENIED** and this case be **DISMISSED** as previously recommended.

**IN CHAMBERS** at Tallahassee, Florida, on May 26, 2011.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**