IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL R. ZEIGLER,

    Plaintiff,

vs.                                              CASE NO.: 4:11-cv-134-SPM-WCS

FLORIDA PAROLE COMMISSION, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

THIS CAUSE comes before the court upon the Magistrate Judge's Reports and Recommendations (docs. 6, 8).  Plaintiff has been furnished copies and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.  Having considered the Reports and Recommendations, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Reports and Recommendations (docs. 6, 8) are *adopted* and incorporated by reference in this order.

2. The complaint is dismissed for failure to state a claim. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Motion for Leave to File Amended Complaint (doc. 7) is denied.

DONE AND ORDERED this <u>twenty-eighth</u> day of June, 2011.

<i>s/Stephan P. Mickle</i><br>
Stephan P. Mickle<br>
Senior United States District Judge